GAETANA TOMASETTI, as Executrix of PASQUALE TOMASETTI, JR., Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 30673.)

Submitted May 17, 1954; decided June 4, 1954.

*Jerome Golenbock* and *Harvey Nachman* for motion for leave to appeal.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* and *Henry S. Manley* of counsel) for motion to dismiss appeal and in opposition to motion for leave to appeal.

Motion for leave to appeal denied, with $10 costs and necessary printing disbursements.

Motion to dismiss appeal granted and appeal dismissed.